McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00044-AC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO RECALL ARREST WARRANT AND ISSUE SUMMONS |
| v. | |
| EDEN VASSEUR, | |
| Defendant. | |

Having reviewed the government's motion, and good cause having been shown, the Court orders that the arrest warrant for Eden Vassuer be hereby recalled, and that a summons be issued for his appearance before this Court on June 11, 2020, at 2:00 p.m. for his initial appearance on the Complaint. The Court further orders that the Clerk of the Court promptly notify the United States Marshals Services that the arrest warrant has been recalled, and the summons has been issued.

IT IS SO ORDERED.

Dated: June 4, 2020

_____
Honorable Edmund F. Brennan
United States Magistrate Judge